UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
CARLOS M. HERRERA, On Behalf of Himself And All Others Similarly Situated,

                Plaintiff,

vs.

WYETH, WYETH SAVINGS PLAN COMMITTEE, WYETH SAVINGS PLAN-PUERTO RICO COMMITTEE, WYETH RETIREMENT COMMITTEE, ROBERT ESSNER, BERNARD POUSSOT, PAUL J. JONES, KENNETH J. MARTIN, RENE R. LEWIN, LAWRENCE STEIN, MARY KATHERINE WOLD, KAREN L. LING and UNKNOWN FIDUCIARY DEFENDANTS 1-30,

                Defendants.
---------------------------------------------------------------------------X

Case No. 08-cv-04688 (LAK)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Lynn K. Neuner of the law firm Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Wyeth, Wyeth Savings Plan Committee, Wyeth Savings Plan-Puerto Rico Committee, Wyeth Retirement Committee, Robert Essner, Bernard Poussot, Paul J. Jones, Kenneth J. Martin, Rene R. Lewin, Lawrence Stein, Mary Katherine Wold, and Karen L. Ling in this action and requests that all subsequent papers be served upon her at the following address:

      Lynn K. Neuner (lneuner@stblaw.com)
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017-3954
      (212) 455-2000 (telephone)
      (212) 455-2502 (facsimile)

Dated: June 11, 2008
      New York, New York

                                  SIMPSON THACHER & BARTLETT LLP

                                  By: /s/ Lynn K. Neuner

                                  425 Lexington Avenue
                                  New York, NY 10017-3954
                                  Telephone: (212) 455-2000
                                  Facsimile: (212) 455-2502
                                  Email: lneuner@stblaw.com

                                  *Attorney for Defendants*