N.Y.S.D. Case #
08-cv-4688(RJS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of March, two thousand and twelve,

_____

Carlos M. Herrera, on behalf of himself and all others similarly situated,

Plaintiff - Appellant,

v.

Wyeth, WYETH Savings Plan Committee, WYETH Retirement Committee, Robert Essner, Bernard Poussot, Paul J. Jones, Kenneth J. Martin, Rene R. Lewin, Lawrence Stein, Mary Katherine Wold, Karen L. Ling, Unknown Fiduciary Defendants, 1-30, Wyeth Savings Plan, Puerto Rico Committee,

Defendants - Appellees.

_____

ORDER
Docket Number: 10-3843

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 09, 2012

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the appellant has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/09/2012